IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| GRAPHIC SECURITY SYSTEMS CORPORATION <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> NAUTILUS SECURITY <br> a United Kingdom Company <br><br> Defendant | ) <br> ) <br> ) C.A. NO. 6: 08-4034-HFF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED ORDER**

Upon motion of Jacquelyn Austin, counsel for Nautilus Security, IT IS SO ORDERED that her Motion for Leave of Absence is GRANTED.

This the 29th day of May, 2009.

                                               **s/Henry F. Floyd**
                                               Judge Henry Floyd
                                               United States District Court