IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| GRAPHIC SECURITY SYSTEMS CORPORATION<br>a Delaware corporation,<br><br>    Plaintiff,<br> v.<br><br>NAUTILUS SECURITY<br>a United Kingdom Company<br>    Defendant. | C.A. NO. 6: 08-4034-HFF |

## MARKMAN BRIEFING SCHEDULE

With agreement of the parties, the following briefing schedule is set in this action for the M*arkman* hearing:

- November 17, 2009:  Exchange terms to be construed by 5:00 p.m.

- November 24, 2009:  Meet and confer regarding list of proposed terms

- December 4, 2009:  Exchange proposed constructions by 5:00 p.m.

- December 9, 2009:  Meet and confer regarding proposed constructions

- December 17, 2009:   Both parties file opening briefs by 5:00 p.m.

- December 31, 2009:  Both parties file opposition briefs by 5:00 p.m.

**IT IS SO ORDERED.**

Signed this 13th day of November, 2009, in Spartanburg, South Carolina.

            s/ Henry F. Floyd
            HENRY F. FLOYD
            UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ Jacquelyn D. Austin<br>Jacquelyn D. Austin (Fed. I.D. No. 6837)<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>P.O. Box 10208<br>550 South Main Street, Suite 400<br>Greenville, SC 29601<br>Telephone: (864) 255-5406<br>Facsimile: (864) 255-5486<br><br>**OF COUNSEL:**<br>Kirk Watkins (*admitted pro hac vice*)<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>271 17th Street NW, Suite 2400<br>Atlanta, GA 30363-1017<br><br>Martina Tyreus (*admitted pro hac vice*)<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>222 Delaware Avenue<br>Wilmington, DE 19801<br><br>**ATTORNEYS FOR DEFENDANT NAUTILUS SECURITY** | /s/ David H. Koysza<br>David H. Koysza (Fed. Id. No. 9893)<br>Henry Parr (Fed. Id. No. 2984)<br>WYCHE BURGESS FREEMAN & PARHAM P.A.<br>44 East Camperdown Way, 29601<br>Post Office Box 728<br>Greenville, S.C. 29602-0728<br>Telephone: (864) 242-8200<br>Facsimile: (864) 235-8900<br><br>**OF COUNSEL:**<br><br>Maya Eckstein (*admitted pro hac vice*)<br>HUNTON & WILLIAMS<br>951 East Byrd Street<br>Richmond, VA 23219<br><br>Greg Stillman (*admitted pro hac vice*)<br>Brent VanNorman (*admitted pro hac vice*)<br>HUNTON & WILLIAMS<br>500 East Main Street, Suite 1000<br>Norfolk, VA 23510<br><br>**ATTORNEYS FOR PLAINTIFF GRAPHIC SECURITYS SYSTEMS CORPORATION** |