UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
**PRETRIAL NOTICE**

TO:  MEMBERS OF THE BAR AND OTHER PARTIES HAVING CIVIL JURY AND NON-JURY CASES APPROACHING THREE YEARS:  **ALL PARTIES MUST SUBMIT JOINT PROPOSED TRIAL DATES AT THE HEARING.**

Please take notice that **THE HONORABLE J. MICHELLE CHILDS,** United States District Judge, has scheduled a PRETRIAL HEARING May 4, 2011 at 11:00 a.m., in the U.S. District Courtroom, first floor, Clement F. Haynsworth Federal Building, 300 E. Washington Street, Greenville, South Carolina.  **ALL ATTORNEYS MUST ATTEND THE PRETRIAL CONFERENCE OR SEND A REPRESENTATIVE WITH KNOWLEDGE OF THE CASE.  PENDING MOTIONS MAY BE HEARD AT THE CONCLUSION OF THE HEARING.**

The jury list will be available in the Clerk's Office seven (7) days prior to the jury selection term your case is scheduled.  Pursuant to Local Rule 47.02 the Court will submit written interrogatories to the jury venire. Copies of the responses will be available for purchase.  To purchase copies of questionnaires or obtain a list of jurors, a  request form (found on the Court's website), must be submitted to the Clerk's office via email at filingdocs_ecf_gren@scd.uscourts.gov, via fax at 864-241-2711 or via mail at PO Box 10768, Greenville, SC 29601.  This form should be submitted two weeks prior to your jury selection date.  You are responsible for submitting the approved form to Aim Mail Center, 864-242-2900, when purchasing the Questionnaires.  Copies of the responses will be available for review in the Clerk's office seven days prior to jury selection.  **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

**TRIAL BRIEFS** are expected to be e-mailed in WordPerfect format to chambers in accordance with Rule 26.05 of the Local Rules.  **BRIEFS** are due at least **SEVEN (7) DAYS** prior to the beginning of the term of Court.

If cases are settled, please notify Amanda Williams in  the Clerk's Office immediately at (864) 241-2713.

**To provide for an orderly and expeditious disposition of the cases on the trial calendar, the following provisions must be complied with:**

1. All **Requests to Charge, Requests for Voir Dire and Proposed Verdict Forms** shall be submitted to the court by email to Childs_ecf@scd.uscourts.gov **in WordPerfect 9 format** at least one week prior to the beginning of the term of court.  **These documents shall not be filed.**
2. All **strikes for cause** must be submitted jointly by email to the Clerk's office at filingdocs_ecf_gren@scd.uscourts.gov **no later than noon the day before jury selection**.
3. Attorneys for each party shall, at least fourteen (14) days prior to jury selection, meet for the purpose of exchanging and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits.  In the event there is an objection to any exhibit, the attorneys must notify the court of such objection *at least one day prior to trial*.  Otherwise, such objection will be

deemed waived. The exhibit list shall be furnished by each side to the Courtroom Clerk on the day of trial. All exhibits listed shall be deemed admitted for all purposes unless the court denies admission based on objections submitted to the court as set out above.

4. **COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM IN TRIAL.** If your case is going to trial and you did not participate in electronic courtroom training when it was offered, it is **YOUR** responsibility to contact the court clerk for information regarding use of the electronic courtroom **PRIOR TO TRIAL**. It is not possible to be trained the morning of trial.

**THE COURT MAY NOT CONSIDER ANY REQUESTS FOR CHARGE, REQUESTS FOR VOIR DIRE OR ANY EXHIBITS FOR ADMISSION DURING TRIAL SUBMITTED AFTER THE ABOVE DATE. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** must be SUBMITTED *prior* to one week before the term, as to Non-Jury cases.

When a civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, then, except for good cause shown, all juror's costs, including marshal's fees, mileage, and per diem, may be assessed equally against the parties and their counsel or otherwise assessed as directed by the court, unless the clerk's office is notified **at least one full business day prior to the date on which the action is scheduled for trial**. Notification to the clerk's office is necessary in order to notify jurors that their presence will not be required.

**Please note that the Non-Jury cases added to the calendar may be called out of order and interspersed among the jury trials depending on available trial time and the estimated length of the proceedings. Parties and witnesses should be on stand-by for short notice.**

In accordance with the provisions of 28 U.S.C. 636(c), you are hereby notified that the United States Magistrate Judges of the District Court, in addition to their other duties, may, upon consent of all parties in a civil case, and with the approval of the District Judge, conduct any or all proceedings, including a Jury or Non-Jury trial, and order the entry of a final judgment. The completed consent form must be submitted to the Clerk's Office no later than the date scheduled for the Bar Meeting.

                                                  BY DIRECTION OF THE COURT
                                                  s/Amanda Williams

Date:   LARRY W. PROPES, CLERK

AUGUST JURY TERM

| | |
|---|---|
| **8:08-2103-JMC** | **Whatman v Davin** |
| Movant Perkin Elmer Health Sciences Inc | represented by Arthur E. Justice, Jr |
| Movant Ahlstrom Filtration LLC | represented by Walker D. Spruill |
| Third Party Plaintiff | |
| Bradley F. Davin and ID Biological Systems | represented by Amy Allen, John Perkings, Jr. Russell Burke, Travis Wheeler and William Wilkins |
| Third Party Defendant Eastern Business Forms | represented by James Carpenter |
| **6:09-95-JMC** | **Stanley, et al. V Home Depot, et al.** |
| Plaintiffs David Stanley and Louann Stanley | represented by Jonathan K. Fisher |
| Defendant C&C Fencing | represented by William S. Collins, Jr and Thomas F. Dougall |
| Defendant Home Depot At-Home Services | represented by Christopher M. Kelly and Eric R. Tonnsen |

OCTOBER JURY TERM

| | |
|---|---|
| **6:08-4034-JMC** | **Graphic Security Systems Corp v Nautilus Security** |
| Plaintiff: Graphic Security Systems Corporation | represented by Maya Miriam Eckstein, David Hill Koysza, Gregory N Stillman and Brent L VanNorman |
| Defendant: Nautilus Security | represented by Brent OE Clinkscale, James Michael Lennon, Kirk Wheeler Watkins and Raboteau T Wilder, Jr |